UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SHIRLEY PETERSEN,                       :

            Plaintiff,                 :       09 Civ. 7138 (CM) (AJP)

      -against-                        :       ORDER SCHEDULING
                                                DISCOVERY CONFERENCE
UNITED OF OMAHA LIFE INS. CO.,          :

            Defendant.                 :

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/20/09

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a conference is scheduled for Monday, November 23, 2009 at 12:00 noon before the undersigned in Courtroom 20D (500 Pearl Street).

Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

SO ORDERED.

Dated:     New York, New York
             November 20, 2009

                                         Andrew J. Peck
                                         United States Magistrate Judge

Copies **by fax & ECF** to:    Jason A. Newfield, Esq.
                                   Charles T. Locke, III, Esq.
                                   Judge Colleen McMahon

C:\ORD\Order Scheduling Status Conference